UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                             Plaintiff,                  **MEMORANDUM**

      -against-                                    7:22-cr-00177-KMK

Jason Van Dunk
                        Defendant.
-------------------------------------------------------------X

TO:  Kenneth M. Karas, United States District Judge:

       Please find attached a transcript of the March 22, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: March 30, 2022
       White Plains, New York

                                                Respectfully Submitted,

                                                s/ Paul E. Davison

                                                _____
                                                PAUL E. DAVISON
                                                United States Magistrate Judge