Case 7:22-cr-00177-KMK   Document 48   Filed 06/27/22   Page 1 of 1

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**MEMO ENDORSED**

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

June 27, 2022

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re: *USA v. Jason Lee Van Dunk*, 22 Cr. 177 (KMK)
Letter Motion for Adjournment of Sentence

Dear Judge Karas:

I am appointed to represent the above defendant who is scheduled to be sentenced in this matter on Wednesday, July 13, 2022 at 11:00 am. I write to the Court, without objection from the Government, to request an adjournment of approximately four weeks. This is necessary as I need additional time to review the Probation Office Final PSR with the defendant and also require certain documents in support of my pending defense sentencing letter.

I therefore request a sentencing date during the last week of July or first week of August, if convenient to the Court. My available dates those weeks are July 26, 27, 29, August 2-5. I consent to a waiver of time under the Speedy Trial Act until July 20, 2022.

Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA T. Josiah Pertz (By ECF and Email/PDF)

*Granted. The sentence will go forward on August 3, 2022 at 10:00 AM.*

**SO ORDERED**
KENNETH M. KARAS U.S.D.J.
6/29/2022