## TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**MEMO ENDORSED**

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

July 21, 2022

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re:     *USA v. Jason Lee Van Dunk*, 22 Cr. 177 (KMK)
        Second Letter Motion for Adjournment of Sentence

Dear Judge Karas:

I am appointed to represent the above defendant who is scheduled to be sentenced in this matter on Wednesday, August 3, 2022 at 10:00 am. I write to the Court, with no objection from the Government, to request an adjournment of sentence to a date in mid-September or thereafter convenient to the Court. This is necessary as I am still awaiting additional documents in support of my pending defense sentencing letter.

Thank you, Your Honor, for your consideration of this application.

Granted.  The new sentence date is 10/ **13** /22, at **11:0.0**

Very truly yours,

So Ordered.

*[signature]*

7/21/22

Tanner & Ortega, L.L.P.

*[signature]*

Howard E. Tanner

cc:     AUSA T. Josiah Pertz (By ECF and Email/PDF)