**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

August 29, 2023

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re:   *USA v. Jason Lee Van Dunk*, 22 Cr. 177 (KMK) - VOSR
      Letter Motion for Adjournment of Status Conference

Dear Judge Karas:

I am appointed to represent Mr. Van Dunk who is scheduled to for a status conference in this matter on September 6, 2023 at 12:00 pm. I write to the Court for an adjournment of the proceedings to a date during the weeks of September 11, September 18 or October 2, 2023.

The defendant is scheduled to appear for a criminal matter underlying the Specifications in instant VOSR for possible disposition on September 11, 2023. An adjournment would therefore provide an opportunity for the parties to engage in discussions for a pre-hearing resolution of the instant matter. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this application.

Granted. The conference is adjourned to 10/2/23, at 11. Time is excluded until then, in the interests of justice, to allow the Parties time to engage in discussions toward a resolution of this case. The interests of justice from this exclusion outweigh the public's and Mr. Van Dunk's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered. 8/29/23

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA David Markewitz (By ECF and Email/PDF)
      USPO Erica Cudina (By Email/PDF)