UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

       -against-　　　　　　　　　　　　　　　　ORDER

       　　　　　　　　　　　　　　　　　　　Docket No. 22 CR 00177 (KMK)

Jason Lee Van Dunk,

       Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

    Daniel Adam McGuinness, Esq. is to assume representation of the defendant in the above captioned matter as of March 25, 2025. Mr. McGuinness is appointed pursuant to the Criminal Justice Act. His address is Law Offices of Daniel A. McGuinness, PC, 353 Lexington Avenue, Suite 900, New York, NY 10016, phone number 646-496-3057, Email: dan@legalmcg.com Howard Tanner is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 27, 2025