## LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

September 30, 2025

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

### Re: *United States v. Van Dunk*, 22-cr-177 (KMK)

Dear Judge Karas,

I represent Mr. Van Dunk in the above-captioned matter. I respectfully request an adjournment of the VOSR sentencing presently scheduled for October 1, 2025 to October 17, 2025. The government consents to this request.

Mr. Dunk is presently hospitalized in Montefiore Nyak Hospital with severe issues related to underlying health conditions. He is expected to undergo a medical procedure today. It is not expected that he will be released or medically cleared to attend the conference scheduled for tomorrow. As such, I respectfully request that the matter be adjourned to October 17, 2025.

I thank the Court in advance for its consideration of this matter.

The VOSR conference is adjourned
from 10/1/25 to 10/ 28/25, at 2.00 p.m.

So Ordered.

9/30/25

Sincerely,

Daniel A. McGuinness